UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------x
Leivy Gross, individually and on behalf of all others similarly situated,

                Plaintiff,

                                                                                                                      Case No.: 1:20-cv-6389

      -against-

Enhanced Recovery Company, LLC, and John Does 1-25.
                Defendant(s).
-----------------------------------------------------------------------------x

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiff and Enhanced Recovery Company, LLC., in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed as to Enhanced Recovery Company, LLC. with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** June 25, 2021

| **For Plaintiff Leivy Gross** | **For Defendant Enhanced Recovery Company, LLC** |
|---|---|
| */s/  Raphael Deutsch* | */s/  Scott Stephen Gallagher* |
| Raphael Deutsch, Esq. | Scott Stephen Gallagher |
| Stein Saks, PLLC | Admitted pro hac vice |
| 285 Passaic Street | Smith, Gambrell & Russell LLP (NYC) |
| Hackensack, NJ 07601 | 50 North Laura Street Suite 2600 |
| 201-282-6500 | Jacksonville, FL 32202 |
| rdeutsch@steinsakslegal.com | 904-598-6111 |
| | sgallagher@sgrlaw.com |

Dated: June 25, 2021
Brooklyn, New York

1

**SO ORDERED.**
s/ WFK
William F. Kuntz, II
United States District Judge

## CERTIFICATE OF SERVICE

I certify that on June 25, 2021, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Raphael Deutsch*
Raphael Deutsch, Esq.
